**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

VALENTIN MARTINEZ RIVERA                         Case No.   11-06027-SEK

CARMEN IDALIA MULERO OLIVERO            Chapter 13         Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| | |
|---|---|
| **I. Appearances** | **Date & Time:** 8/23/2011   1:00:00PM |
| Debtor          [ ]Present      [ ] Absent | [ ] R      [ ] NR    LV: |
| Joint Debtor    [ ]Present      [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor  [ ]Present  [ ] Absent | **Creditors:** |
| [ ] Prose | |
| [ ] Substitute | |
| **II. Oath Administered**   [ ] Yes   [ ] No | |

**III. Plan**

Date:   07/15/2011         Base:   $31,500.00    Payments 0 made out of   due.

Confirmation Hearing Date:   9/16/2011   1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -  $126.00    =  $2,874.00

**IV. Status of Meeting**

[ ] Closed        [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   9/26/2011   1:00:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear:  [ ] Commence payments

[ ] Keep payments current  [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

VALENTIN MARTINEZ RIVERA                    Case No.   11-06027-SEK

CARMEN IDALIA MULERO OLIVERO        Chapter 13        Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State  - years |
| [ ] Insuarence quote |    [ ] Federal  - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Due to tropical storm Irene, Chapter 13 Office was without power from Monday August 22 to Wednesday, August 24, 2011.  Consequently, all meeting of creditors scheduled for these says could not be held.  Attorney for debtor(s) to notice the rescheduled date and time and, file a certificate of service with the court.

s/Alejandro Oliveras                                                                           Date:     08/23/2011

**Trustee/Presiding Officer**                                                                          (Rev. 02/11)