IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

VALENTIN MARTINEZ RIVERA
CARMEN IDALIA MULERO OLIVERO

CASE NO. 11-06027-MCF

CHAPTER 13

DEBTOR(S)

NOTICE TO CREDITORS
AND PARTIES IN INTEREST

Notice is hereby given to all creditors and parties in interest that a hearing will be held in the courtroom of the Hon. Mildred Caban Flores, located at the United States Bankruptcy Court, Courthouse Building, Fifth Floor, Court Room 5, Recinto Sur Street, Old San Juan, Puerto Rico on November 04, 2011 at 1:30 pm to act upon the following matters:

CONFIRMATION ON FAST TRACK
of the plan dated: July 15, 2011

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

In San Juan, Puerto Rico, this 9/6/2011

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

| 11-06027-MCF | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| AMERICAN EXPRESS | CENTENNIAL DE PR |
|---|---|
| PO BOX 47455 | PO BOX 71514 |
| JACKSONVILLE, FL  32247-7455 | SAN JUAN, PR  00936-8614 |

| DISCOVER BANK | DORAL BANK |
|---|---|
| DB SERVICING CORPORATION | 1451 F D ROOSEVELT AVE |
| PO BOX 3025 | SAN JUAN, PR  00920 |
| NEW ALBANY, OH  43054-3025 | |

| DORAL BANK | DPTO DE TRANSPORTACION Y OBRAS PUBLICAS |
|---|---|
| BOX 308 | BOX 41269 |
| CATANO, PR  00963 | SAN JUAN, PR  00940-1269 |

| FIA CARD SERVICES NA AS SUCCESSOR IN INTEREST | FIA CARD SERVICES, N.A. |
|---|---|
| BANK OF AMERICA NA AND MBNA AMERICA BANK | PO BOX 15102 |
| PO BOX 15102 | WILMINGTON, DE  19886-5102 |
| WILMINGTON, DE  19886-5102 | |

| SAM'S | SCOTIABANK |
|---|---|
| PO BOX 103036 | PO BOX 362649 |
| ROSWELL, GA  30076-9036 | SAN JUAN, PR  00936-2649 |

VALENTIN MARTINEZ RIVERA
PASEO DE SANTA BARBARA
56 CALLE PASEO PERLA
GURABO, PR  00778

VALENTIN MARTINEZ RIVERA and CARMEN IDALIA MULERO OLIVERO
PASEO DE SANTA BARBARA
56 CALLE PASEO PERLA
GURABO, PR  00778

DATED:  September 06, 2011

/S/WALTER LUGO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1     - CASE NO.  11-06027-MCF